In the Matter of the Claim for Benefits under Article 18 of the Labor Law Made by FRANCES SCHULMAN, Claimant. MARY COTTON and JAMES T. MUSTAINE, Copartners, Doing Business under the Firm Name and Style of CENTRAL CUSTARD STAND, Respondent; FRIEDA S. MILLER, as Industrial Commissioner, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.